AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM MCCLURE, BENEFIT LOGISTICS CAPTIVE INSURANCE COMPANY, BENEFIT LOGISTICS, INC., BENEFIT RISK ADVISORS INC., and MCCLURE BENEFIT ADMINISTRATORS, INC. D/B/A MBA TPA <br> *Defendant(s)* | Civil Action No. 3:25-cv-01164-MMH-LLL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> WILLIAM MCCLURE
> 6905 RICHARDS PL
> ST. AUGUSTINE, FL 32080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> THOMAS E. BISHOP
> ALEXANDER T. BRIGGS
> ALISON A. BLAKE
> BISHOP & PAGE PLLC
> 510 N. JULIA STREET
> JACKSONVILLE, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JacklynCucci

Date: October 1, 2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-cv-01164-MMH-LLL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM MCCLURE, BENEFIT LOGISTICS CAPTIVE INSURANCE COMPANY, BENEFIT LOGISTICS, INC., BENEFIT RISK ADVISORS INC., and MCCLURE BENEFIT ADMINISTRATORS, INC. D/B/A MBA TPA, <br> *Defendant(s)* | Civil Action No. 3:25-cv-01164-MMH-LLL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

BENEFIT LOGISTICS CAPTIVE INSURANCE COMPANY
C/O WILLIAM MCCLURE, REGISTERED AGENT
700 PLANTATION ISLAND DR S
STE 101
ST. AUGUSTINE, FL 32080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THOMAS E. BISHOP
ALEXANDER T. BRIGGS
ALISON A. BLAKE
BISHOP & PAGE PLLC
510 N. JULIA STREET
JACKSONVILLE, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JacklynCucci

Date: October 1, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-01164-MMH-LLL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

AMERICAN INTERNATIONAL GROUP, INC.,

*Plaintiff(s)*

v.

WILLIAM MCCLURE, BENEFIT LOGISTICS CAPTIVE INSURANCE COMPANY, BENEFIT LOGISTICS, INC., BENEFIT RISK ADVISORS INC., and MCCLURE BENEFIT ADMINISTRATORS, INC. D/B/A MBA TPA,

*Defendant(s)*

Civil Action No. 3:25-cv-01164-MMH-LLL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BENEFIT LOGISTICS, INC
C/O BENEFIT LOGISTICS CAPTIVE INSURANCE COMPANY, REGISTERED AGENT
700 PLANTATION ISLAND DR S
STE 101
ST. AUGUSTINE, FL 32080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THOMAS E. BISHOP
ALEXANDER T. BRIGGS
ALISON A. BLAKE
BISHOP & PAGE PLLC
510 N. JULIA STREET
JACKSONVILLE, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JacklynCucci

Date: October 1, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-01164-MMH-LLL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM MCCLURE, BENEFIT LOGISTICS CAPTIVE INSURANCE COMPANY, BENEFIT LOGISTICS, INC., BENEFIT RISK ADVISORS INC., and MCCLURE BENEFIT ADMINISTRATORS, INC. D/B/A MBA TPA, <br> *Defendant(s)* | Civil Action No. 3:25-cv-01164-MMH-LLL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BENEFIT RISK ADVISORS INC.
C/O WILLIAM MCCLURE, REGISTERED AGENT
6905 RICHARDS PL
ST AUGUSTINE, FL 32080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
THOMAS E. BISHOP
ALEXANDER T. BRIGGS
ALISON A. BLAKE
BISHOP & PAGE PLLC
510 N. JULIA STREET
JACKSONVILLE, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JacklynCucci

Date: October 1, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-01164-MMH-LLL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

AMERICAN INTERNATIONAL GROUP, INC.,

*Plaintiff(s)*

v.

WILLIAM MCCLURE, BENEFIT LOGISTICS CAPTIVE INSURANCE COMPANY, BENEFIT LOGISTICS, INC., BENEFIT RISK ADVISORS INC., and MCCLURE BENEFIT ADMINISTRATORS, INC. D/B/A MBA TPA,

*Defendant(s)*

Civil Action No. 3:25-cv-01164-MMH-LLL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MCCLURE BENEFIT ADMINISTRATORS, INC. D/B/A MBA TPA
C/O WILLIAM MCCLURE, REGISTERED AGENT
6905 RICHARDS PL
ST AUGUSTINE, FL 32080

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THOMAS E. BISHOP
ALEXANDER T. BRIGGS
ALISON A. BLAKE
BISHOP & PAGE PLLC
510 N. JULIA STREET
JACKSONVILLE, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JacklynCucci

Date: October 1, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-01164-MMH-LLL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: