UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMERICAN INTERNATIONAL GROUP, INC.

        Plaintiff,

vs.

WILLIAM MCCLURE, BENEFIT LOGISTICS CAPTIVE INSURANCE COMPANY, BENEFIT LOGISTICS, INC., BENEFIT RISK ADVISORS INC., and MCCLURE BENEFIT ADMINISTRATORS, INC. d/b/a MBA TPA,

        Defendants.
_____/

Case No.: 3:25-cv-01164-MMH-LLL

**MCCLURE BENEFIT ADMINISTRATORS, INC.'S (AMENDED) DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐ No.

    ☒ Yes, and

        ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☒ The filer has no parent corporation.

☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐ No.

☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

McClure Benefit Administrators, Inc., is a Florida corporation with its principal place of business at 700 Plantation Island, Dr. S, Ste. 101, St. Augustine, Florida 32080.

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

&boxtimes;   No.

☐   Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☐   No.

&boxtimes;   Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

&boxtimes;   No.

☐   Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

&boxtimes;   No.

☐   Yes. These additional persons and entities have or might have an interest in the outcome of the action: []

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

&boxtimes;   No.

☐   Yes, and this is the entity: [].

5. Is this a bankruptcy action?

&boxtimes;   No.

    ☐    Yes, and the debtor is [].

    ☐    Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒    No.

    ☐    Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☒    No.

    ☐    Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒    Yes.

MILAM HOWARD NICANDRI
& GILLAM, P.A.


By:   */s/ Peter E. Nicandri*
      Peter E. Nicandri, *Lead Counsel*
      Florida Bar No.: 823090
      W. Braxton Gillam, IV
      Florida Bar No.: 122076
      Pierce N. Giboney
      Florida Bar No.: 124704
      14 East Bay Street
      Jacksonville, Florida 32202
      Tel: (904) 357-3660
      Fax: (904) 357-3661
      Primary: pnicandri@milamhoward.com
      Secondary: sjames@milamhoward.com
      Primary: bgillam@milamhoward.com
      Secondary: sphipps@milamhoward.com
      Primary: pgiboney@milamhoward.com
      Secondary: sjames@milamhowar.com
      Secondary: hdurham@milamhoward.com
      *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this *15th* day of October, 2025, a true and correct copy of the foregoing has been electronically filed with the Clerk of the U.S. District Court, Middle District of Florida, via CM/ECF, with a copy electronically delivered through CM/ECF to the following:

Thomas E. Bishop, Esq.                tbishop@bishoppage.com
Alexander T. Briggs, Esq.             abriggs@bishoppage.com
Alison Blake, Esq.                     ablake@bishoppage.com
Bishop & Page PLLC                 service@bishoppage.com
510 North Julia Street
Jacksonville, Florida 32202
*Counsel for Plaintiff*

| | |
|---|---|
| Adam J. Kaiser, Esq.<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br>*Counsel for Plaintiff* | adam.kaiser@alston.com |
| Michael R. Hoernlein, Esq.<br>Alston & Bird LLP<br>1120 South Tryon Street<br>Charlotte, NC 28203<br>*Counsel for Plaintiff* | michael.hoernlein@alston.com |
| Daniel F. Diffley, Esq.<br>David J. Stewart, Esq.<br>Jyoti J. Kottamasu, Esq.<br>Alston & Bird LLP<br>1201 W. Peachtree Street, Suite 4900<br>Atlanta, GA 30309<br>*Counsel for Plaintiff* | dan.diffley@alston.com<br>david.stewart@alston.com<br>jyoti.kottamasu@alston.com |

                                                   */s/ Peter E. Nicandri*
                                                                  Attorney