United States District Court
Middle District of Florida
Jacksonville Division

**AMERICAN INTERNATIONAL GROUP, INC.,**

    Plaintiff,

v.    NO. 3:25-CV-1164-JEP-LLL

**WILLIAM MCCLURE, ET AL.,**

    Defendants.

_____

## Clerk's Minutes

Proceeding:    Status of Counsel Hearing- via Zoom platform

| Judge | Laura Lothman Lambert<br>United States Magistrate Judge | Date and Time | 2/24/2026<br>2:09 a.m. – 2:16 p.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for Plaintiff | Thomas Bishop, Esquire<br>Joanna Schorr, Esquire | Counsel for Defendants | |

Defendant William McClure also present with newly retained counsel Paul McMenamin via Zoom platform.

Court directed defendants' counsel to file a notice of appearance in the case.

Response deadline to motion to dismiss complaint, doc. 54, to be addressed once notice of appearance is filed by defendants' counsel.